JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LUIS MARQUEZ, | Case No. CV 19-10683-GW-JCx |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| YOSHINOYA AMERICA, INC., et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: April 29, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE